UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PHILLIP JACKSON LYONS,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., et al.,

    Respondents.

Case No. 2:14-cv-01889-APG-PAL

**ORDER**

    The court directed petitioner to show cause why this action should not be dismissed as untimely. Order (#6). Petitioner has not responded within the allotted time, and the court will dismiss this action.

    Reasonable jurists would not find the court's determination that this action is untimely to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice as untimely. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

DATED: July 6, 2015.

 

ANDREW P. GORDON
United States District Judge